**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**PETER W. BICKEL,**

       **Plaintiff,**

v.

**THE DELAWARE AIR NATIONAL GUARD,** *et al.*,

       **Defendants.**

Case No. 2:18-cv-00119

**JUDGE ALGENON L. MARBLEY**

**Magistrate Judge Vascura**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the May 11, 2018 Opinion and Order, the Court **GRANTED** Defendants' Motion to Dismiss. This case is **DISMISSED** without prejudice.

**Date: May 11, 2018**          **Richard W. Nagel, Clerk**

                                                s/Betty L. Clark
                                               Betty L. Clark/Deputy Clerk